**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANGELA PECK,**

    **Plaintiff,**                                    **Case No. 2:15-1141
JUDGE GREGORY L. FROST**

v.                                                **Magistrate Judge Kimberly A. Jolson**

**HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ACCOUNT
RESOLUTION SERVICES,**

    **Defendant.**

## ORDER

On March 6, 2016, the parties notified the Court that Plaintiff is a debtor in a Chapter 13 bankruptcy case pending in the United States Bankruptcy Court, Southern District of Ohio, Case No. 2:14-bk-56443, and that the parties have reached a tentative settlement agreement subject to the approval of the Bankruptcy Court. (ECF No. 14.) The Court accordingly **STAYS** and **ADMINISTRATIVELY CLOSES** this case pending resolution of the bankruptcy matter and until further notice from the parties.

    **IT IS SO ORDERED**.

                                             **/s/ Gregory L. Frost**
                                             **GREGORY L. FROST
UNITED STATES DISTRICT JUDGE**